IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, LP <br><br> VS. <br><br> VARIOUS DEFENDANTS IN THE CASES LISTED HEREIN | § § § § § § § § § § | Case Nos.  9:06-cv-178; 9:06-cv-191; 9:06-cv-192; 9:06-cv-193; 9:06-cv-194; 9:06-cv-195; 9:06-cv-197; 9:06-cv-198; 9:06-cv-199; 9:06-cv-201; 9:06-cv-202; 9:06-cv-203 |

### ORDER STAYING AND ADMINISTRATIVELY CLOSING "KATZ" CASES

The court has received a Transfer Order from the Judicial Panel on Multidistrict Litigation stating that the above-styled actions are transferred to the Central District of California and assigned to the Honorable R. Gary Klausner for inclusion in MDL 1816, In Re Katz Interactive Call Processing Patent Litigation, for coordinated or consolidated pretrial proceedings.

The court, therefore, enters this order staying all deadlines set out in the scheduling orders entered by this court in each of the above-styled actions and administratively closing the "Katz" cases.  The stay and the administrative closure shall remain in place until the MDL court remands the action to this court for further proceedings.

**SO ORDERED**.

So **ORDERED** and **SIGNED** this **22** day of **March, 2007.**

_____
Ron Clark, United States District Judge